**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD A. CURTIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>1ST UNITED INVESTMENTS, INC.;<br>WILFREDO PEREZ,<br><br>    Defendants. | ) CASE NO. CV 07-03339 MMM (SSx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANTS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On May 22, 2007, *pro se* plaintiff Ronald A. Curtis filed this action against 1st United Investments, Inc.,[1] and Wilfredo Perez, alleging breach of fiduciary duty. On September 5, 2008, the clerk entered Perez's default. On October 17, 2008, plaintiff moved for entry of default judgment against Perez. The motion was deficient, and on May 27, 2009, the court issued an order directing the plaintiff to file a supplemental brief in support of his motion for default judgment on or before Wednesday, July 1, 2009. He did not do so. Consequently,

---

[1] Although 1st United Investments, Inc. is named in the caption of the complaint, no proof of service of the complaint on it was ever filed. The body of the complaint, moreover, contains no allegations directed at 1st United Investments, Inc. Consequently, the court dismissed the matter against 1st United Investments, Inc. under Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute and failure to comply with court orders.

DATED: July 14, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE